ERRATA

In *StarKist Co. v. United States*, Court No. 14-00068, Public Slip Op. 20-164, dated November 18, 2020

Page 10: On line 14, replace "1604.14.33" with "1604.14.30."

December 1, 2020