# United States Court of Appeals for the Federal Circuit

_____

**STARKIST CO.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

_____

2021-1548

_____

Appeal from the United States Court of International Trade in No. 1:14-cv-00068-TMR, Judge Timothy M. Reif.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered March 30, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 23, 2022  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court